IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STANLEY CHASSAGNE,

        Petitioner,

v.

        Case No.  5D22-0838
        LT Case No. 2010-CF-013864

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed July 29, 2022

Petition for Belated Appeal
A Case of Original Jurisdiction.

Stanley Chassagne, Sneads, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 5, 2021 resentencing order rendered in Case No. 2010-CF-

013864, in the Circuit Court in and for Orange County, Florida. <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EVANDER, EDWARDS, and SASSO, JJ., concur.